FILED

04/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0523

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0523

SUSAN HENSLEY,

Petitioner and Appellant,

v.

MONTANA STATE FUND,

Respondent and Appellee.

FILED

APR 0 1 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Pursuant to the Internal Operating Rules of this Court, this cause is classified for oral argument before the Court sitting en banc and is hereby set for argument on Wednesday, July 8, 2020, at 9:30 a.m. in the Courtroom of the Montana Supreme Court, Joseph P. Mazurek Justice Building, Helena, Montana.

IT IS FURTHER ORDERED that pursuant to M. R. App. P. 17(3), oral argument times in this cause number shall be forty (40) minutes for the Appellant and thirty (30) minutes for the Appellee.

Counsel should be mindful of the provisions of M. R. App. P. 17(6).

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable David M. Sandler, Workers' Compensation Judge.

DATED this 1st day of April, 2020.

For the Court,

By_____
                Chief Justice